UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMONTE BROWN,<br><br>                              Plaintiff,<br><br>-against-<br><br>46TH PRESIDENT OF THE UNITED STATES; THE WHITE HOUSE,<br><br>                            Defendant. | 22-CV-1954 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed under the doctrine of sovereign immunity for lack of subject matter jurisdiction. Fed R. Civ. P. 12(h)(3); *see* 28 U.S.C. § 1915(e)(2)(B)(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 16, 2022
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge